THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLSON McCOY, Appellant.

Submitted December 22, 2003; decided January 8, 2004

Motion by Thomas Aloi, et al. for leave to appear amici curiae on the appeal herein granted to the extent that 15 copies of a brief may be filed and 3 copies served within 20 days. The brief shall be one bound document captioned *People v Nicholas McCoy* listing all amici curiae and shall include the brief, supplemental brief and index of exhibits accepted by the Court of Appeals by orders dated July 1, 2002 and February 18, 2003 in the case *People v James Cahill* [*see* 2 NY3d 14 (2003)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUSTAVO REYNOSO, Appellant.

Submitted December 22, 2003; decided January 8, 2004

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.